

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

Case 2:22-cr-00050-APG-MDC   Document 2   Filed 02/18/22   Page 2 of 4



1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar #14853
3  SUPRIYA PRASAD
   Assistant United States Attorneys
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Supriya.Prasad@usdoj.gov
6  Attorneys for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00136-DJA |
|---|---|
| PLAINTIFF, | APPLICATION TO SEAL |
| V. | |
| TORI MANGUM, | (UNDER SEAL) |
| DEFENDANT. | |

The United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, respectfully move this Honorable Court for an Order sealing the Complaint, Probable Cause Affidavit, Arrest Warrant, AO257, this Application, and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

Pursuant to LR IA 10-5, the Government requests that the accompanying Complaint in this case be filed under seal. *See generally*, Fed. R. Crim. P. 6(e)(4) (permitting for the sealing of an indictment); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982) (supporting the sealing of a search warrant when there is reasonable cause to believe that providing immediate notification may have adverse results); *Matter of Sealed Affidavit(s) to Search Warrants*, 600 F.2d

1

1256 (9th Cir. 1979) (same); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975) (same). In this case, such an order would be appropriate because the Complaint and Affidavit relate to an ongoing criminal investigation into violation(s) of Title 18, United States Code, Section 1073(1), that is neither public nor known to all of the targets of the investigation and its disclosure may alert the targets to the ongoing investigation and pending arrest warrant. Public disclosure of the information in the Complaint might possibly jeopardize the investigation because Defendant is believed to be in contact with additional potential witnesses and/or victims. Although Defendant is generally aware of the investigation and has spoken with investigators, she is unaware federal charges are being sought against her. If she were to learn of the charges via an unsealed Complaint, she may direct the destruction of potential evidence or notify confederates, or both. Accordingly, there is reason to believe that disclosure of the information will jeopardize the investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or notify confederates.

DATED this 18th day of February 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
United States Attorney

_____
SUPRIYA PRASAD
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br> V. <br><br> TORI MANGUM, <br><br> DEFENDANT. | Case No. 2:22-mj-00136-DJA <br><br> ORDER TO SEAL <br><br> (UNDER SEAL) |

Based on the pending Application of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Complaint, the Probable Cause Affidavit, Arrest Warrant, AO257, the Government's Application, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed complaint to the CJA Panel Resource Attorney, who may use the information in the sealed complaint for the sole purpose of securing defense counsel in a timely manner.

DATED this 18th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3