```
                         ✓  FILED            RECEIVED
                            ENTERED          SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                            SEP 2 7 2023

                         CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-050-APG-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| TORI IMAN LUCIA MANGUM, AKA, TORI IMAN LUCIA MAGNUM, | |
| Defendant. | |

This Court finds Tori Iman Lucia Mangum, aka Tori Iman Lucia Magnum, pled guilty to Count One of a One-Count Criminal Indictment charging her with sex trafficking of children in violation of 18 U.S.C. § 1591(a)(1). Criminal Indictment, ECF No. 5; Memorandum in Support of Plea, ECF No. 39; Change of Plea, ECF No. __.

This Court finds Tori Iman Lucia Mangum, aka Tori Iman Lucia Magnum, agreed to the forfeiture of the property set forth in the Stipulation for Entry of Order of Forfeiture. Stipulation for Entry of Order of Forfeiture, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Stipulation for Entry of Order of Forfeiture and the offense to which Tori Iman Lucia Mangum, aka Tori Iman Lucia Magnum, pled guilty.

The following property is (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of 18 U.S.C. § 1591(a)(1), and any property traceable to such property or (2) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission

1   of any violation of 18 U.S.C. § 1591(a)(1), and any property traceable to such property and

2   is subject to forfeiture under 18 U.S.C. § 1594(d)(1) and 18 U.S.C. § 1594(e)(1)(A) with 28

3   U.S.C. § 2461(c):

4         1.  an iPhone 11 bearing IMEI 352902117161506; and

5         2.  a TCL Model A509DL (vL6X smart phone) bearing IMEI

6            015858001699093

7   (all of which constitutes property).

8       This Court finds that on the government's motion, the Court may at any time enter

9   an order of forfeiture or amend an existing order of forfeiture to include subsequently

10  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

11      This Court finds the United States of America is now entitled to, and should, reduce

12  the aforementioned property to the possession of the United States of America.

13      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

14  DECREED that the United States of America should seize the aforementioned property.

15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

16  rights, ownership rights, and all rights, titles, and interests of Tori Iman Lucia Mangum, aka

17  Tori Iman Lucia Magnum, in the aforementioned property are forfeited and are vested in

18  the United States of America and shall be safely held by the United States of America until

19  further order of the Court.

20      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

21  of America shall publish for at least thirty (30) consecutive days on the official internet

22  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

23  describe the forfeited property, state the times under the applicable statute when a petition

24  contesting the forfeiture must be filed, and state the name and contact information for the

25  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

26  Notice is served on any individual or entity on the date when it is placed in the mail,

27  delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

28  32.2(b)(6)(D) and Supplemental Rule G4(b)(i) and (iv).

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

2 or entity who claims an interest in the forfeited property must file a petition for a hearing to

3 adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. §

4 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21

5 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

6 petitioner's right, title, or interest in the property, the time and circumstances of the

7 petitioner's acquisition of the right, title or interest in the property, any additional facts

8 supporting the petitioner's claim, and the relief sought.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

10 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

11 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

12 not sent, no later than sixty (60) days after the first day of the publication on the official

13 internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

15 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

16 Attorney's Office at the following address at the time of filing:

17         Daniel D. Hollingsworth
           Assistant United States Attorney
18         Misty L. Dante
           Assistant United States Attorney
19         501 Las Vegas Boulevard South, Suite 1100
           Las Vegas, Nevada 89101.
20

21    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

22 described herein need not be published in the event a Declaration of Forfeiture is issued by

23 the appropriate agency following publication of notice of seizure and intent to

24 administratively forfeit the above-described property.

25 / / /

26 / / /

27 / / /

28 / / /

3

1         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

2    copies of this Order to all counsel of record.

3         DATED _____Sep 27_____, 2023.

4

5

6                    _____

                   ANDREW P. GORDON

7                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28