**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | 2:22-cr-00050-APG-MDC-1 |
| Plaintiff(s), | |
| vs. | **ORDER DENYING MOTION** |
| Tori Iman Lucia Mangum, | |
| Defendant(s). | |

IT IS ORDERED that the *Ex Parte Motion for Leave to File a Motion to Withdraw Under Seal* (ECF No. 61) is DENIED WITHOUT PREJUDICE TO REFILE. The motion lacks points and authorities, as required by LCR 47-1. Given the contested sentencing hearing set for October 30, 2024, Defendant shall file a motion in compliance with LCR 47-1 by no later than September 5, 2024.

DATED this 3rd day of September 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge