# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>TORI IMAN LUCIA MANGUM,<br><br>    Defendant | Case No.: 2:22-cr-00050-APG-MDC<br><br>**Order Granting Motion to Withdraw**<br><br>[ECF No. 62] |

I hereby grant the motion to withdraw as counsel for Tori Iman Lucia Mangum filed by Assistant Federal Public Defender Keisha Matthews. ECF No. 62. Ms. Matthews and the Federal Public Defender are withdrawn as attorney for Ms. Mangum.

Consistent with the District of Nevada's General Order 2019-06, I further order the clerk of court to contact the CJA clerk to appoint new counsel for Ms. Mangum. Ms. Matthews will cooperate with new counsel in the transfer of Ms. Mangum's file so new counsel can get up-to-speed quickly.

DATED this 3rd day of September, 2024.

                                                                           ANDREW P. GORDON
                                                                           UNITED STATES DISTRICT JUDGE