Yi Lin Zheng, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Tori Mangum

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TORI MANGUM,<br><br>　　　　　Defendant. | Case No. 2:22-cr-50-APG-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Sixth Request or More) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, First Assistant United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Tori Mangum, that the sentencing scheduled for January 8, 2026 be vacated and continued no more than forty five (45) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The parties have a number of unresolved informal objections to the revised PSR.

　　　　2.　　The assigned US Probation Officer has been on leave since November 11, 2025 should be back in the office on January 5, 2026.

　　　　3.　　The parties believe upon further discussion and discovery review after the assigned Probation Officer is back in the Office, many of the outstanding issues may be able to be resolved. In order to give the parties sufficient time to resolve these outstanding issues, we request a brief continuance

4. The defendant is in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the sixth stipulation to continue filed herein.

DATED: November 21, 2025.

By /s/ Yi Lin Zheng  
Yi Lin Zheng  
Counsel for Tori Mangum

Sigal Chattah  
First Assistant United States Attorney

By /s/ Afroza Yeasmin  
Afroza Yeasmin  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TORI MANGUM,<br><br>          Defendant. | Case No. 2:22-cr-50-APG-MDC<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have a number of unresolved informal objections to the revised PSR.
2. The assigned US Probation Officer has been on leave since November 11, 2025 should be back in the office on January 5, 2026.
3. The parties believe upon further discussion and discovery review after the assigned Probation Officer is back in the Office, many of the outstanding issues may be able to be resolved. In order to give the parties sufficient time to resolve these outstanding issues, we request a brief continuance
4. The defendant is in custody and does not object to the continuance.
5. The parties agree to the continuance.
6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS ORDERED that the sentencing scheduled for January 8, 2026 is vacated and continued to: March 3, 2026 at 10:00 a.m. in Las Vegas Courtroom 6C.

DATED: November 21, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE