Yi Lin Zheng, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant
Tori Mangum

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

TORI IMAN LUCIA MANGUM,

      Defendant.

Case No. 2:22-cr-00050-APG-MDC

**STIPULATION TO CONTINUE SENTENCING**

**(Sixth Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Afroza Yeasmin, Assistant United States Attorney, representing the United States of America, and Yi Lin Zheng, Esq., representing Defendant Tori Iman Lucia Mangum, that the sentencing currently scheduled for March 3, 2026, at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     The parties have a number of unresolved informal objections to the revised PSR.

2.     The assigned US Probation Officer was on leave between November 11, 2025, and January 2026.

3.     Since returning to the Office, the parties have been in discussion to resolve the outstanding objections, however, additional time is required to continue this discussion. The

parties need additional time to receive and review materials necessary to resolve the outstanding objections.

4.    The defendant is in custody, and does not object to the continuance,

5.    The parties agree to the continuance.

6.    The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to be able to effectively complete investigation of the necessary materials.

7.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

DATED this 17th day of February, 2026.

This is the seventh stipulation to continue filed herein.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
United States Attorney

By: /s/ *Yi Lin Zheng*
YI LIN ZHENG, ESQ.
Counsel for Defendant
Tori Iman Lucia Mangum

By: /s/ *Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

TORI IMAN LUCIA MANGUM,

           Defendant.

Case No. 2:22-cr-00050-APG-MDC

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, March 3, 2026, at 10:00 a.m. be vacated and continued to _____May 13___, 2026, at the hour of ____10:30 a.m.  in Courtroom 6C.

DATED this _20th day of February, 2026.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1