Yi Lin Zheng, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Tori Mangum

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>TORI MANGUM,<br><br>             Defendant. | Case No. 2:22-cr-50-APG-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Sixth Request or More) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Tori Mangum, that the sentencing scheduled for May 13, 2026 be vacated and continued sixty (60) days, at the Court's convenience.

The Stipulation is entered into for the following reasons:

1.     Defense counsel recently returned to the District and needs additional time to finalize Ms. Mangum's sentencing memos.

2.     The defendant is in custody and does not object to the continuance.

3.     The parties agree to the continuance.

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the seventh stipulation to continue filed herein.

DATED: May 3, 2026.


By */s/ Yi Lin Zheng*
Yi Lin Zheng
Counsel for Tori Mangum

By */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-50-APG-MDC |
| Plaintiff, | |
| v. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| TORI MANGUM, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel recently returned to the District and needs additional time to finalize Ms. Mangum's sentencing memos.

2. The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS ORDERED that the sentencing scheduled for May 13, 2026 is vacated and continued to: July 14, 2026 at 10:00 a.m. in Las Vegas Courtroom 6C.

DATED: May 6, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4